IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM MCGLYNN,  :  Plaintiff,  : : | |
| v.  : : | Civ. No. 11-7757 |
| MICHAEL ASTRUE,  : *Comm'r of Soc. Sec.*  :  Defendant.  : | |

# O R D E R

**AND NOW**, this 17th day of October, 2012, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review *(Doc. No. 7)*, Defendant's Response *(Doc. No. 8)*, and the Report and Recommendation of Magistrate Judge Jacob P. Hart *(Doc. No. 11)*, to which no objections have been made, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Judgment is entered affirming the decision of the Commissioner of Social Security, and the relief sought by Plaintiff is **DENIED**; and

3. The Clerk of Court shall **CLOSE** this case for statistical purposes.

**IT IS SO ORDERED.**

/s/ Paul S. Diamond
Paul S. Diamond, J.